## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PATRICK CHRISTIAN,

        Plaintiff,

v.

GIANT FOOD STORES,

        Defendant.

Civil Action No. 20-2880 (JMC)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant Giant Food Stores' Motion to Dismiss, ECF 7, is **GRANTED**; and it is **FURTHER ORDERED** that the complaint and this civil action are **DISMISSED**. This is a final appealable Order. The Clerk of Court shall terminate this case.

    **SO ORDERED.**

DATE: February 28, 2022

                                                    Jia M. Cobb
                                                    U.S. District Court Judge